[No. 12554–1–I.   Division One.   April 29, 1985.]

*In the Matter of the Marriage of* JULIE E. CRANSTON,
*Respondent, and* MICHAEL J. CRANSTON,
*Appellant.*

Appeal from a judgment of the Superior Court for What-
com County, No. 81–3–00555–1, Jack S. Kurtz, J., entered
August 31, 1982. *Vacated* and *remanded* by unpublished

opinion per Coleman, J., concurred in by Corbett, C.J., and Williams, J.